No. 4097.

FINKELSTEIN BROS. & FRIEDBERG vs. HAMBURG BREMEN FIRE INSURANCE CO. OF HAMBURG.

Appeal from Civil District Court, Division A.

Edgar M. Cahn and W S. Parkerson, for plaintiff and appellee.

Clegg & Quintero, for defendant and appellant.

ESTOPINAL, J.    Under a stipulation entered into the case of Finkelstein Bros. & Friedberg vs. Virginia Insurance Company of Richmond, Virginia, No. 4098 of the docket of this Court and decided today, it was agreed that all· the evidence offered and received in aforementioned case should be taken and considered as offered and received in the case of Finkelstein Bros. and Friedberg vs Hamburg-Bremen Insurance Co. of Hamburg and Bremen, Germany.

Therefore, for the reasons assigned per judgment in the suit of Finkelstein Bros. and Friedberg vs. Virginia Insurance Company of Richmond, Virginia,· the judgment of the District Court herein is affirmed.

January 28, 1907.   ·

Rehearing refused March 12, 1907.